```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
STEPHEN BUSHANSKY,                                             :
                                                               :
                                        Plaintiff,             :      1:22-cv-143-GHW
                                                               :
                   -v -                                        :            ORDER
                                                               :
PHILLIPS 66 PARTNERS LP, et al.,                               :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 30, 2022.  Dkt. No. 4.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 4, 2022.

  SO ORDERED.

Dated: March 31, 2022
       New York, New York                              _____
                                                              GREGORY H. WOODS
                                                           United States District Judge